JEFF HEPWORTH (ISB #83702)
J. GRADY HEPWORTH
HEPWORTH LAW OFFICES
2229 W. State Street
Boise, ID 83702
Telephone: 208-333-0702
Fascimile: 208-246-8655
jhepworth@idalawyer.com
ghepworth@idalawyer.com

ANDREW R. BILLER (*Admitted Pro Hac Vice*)
ANDREW P. KIMBLE (*Admitted Pro Hac Vice*)
EMILY A. HUBBARD (*Admitted Pro Hac Vice*)
BILLER & KIMBLE, LLC
8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*abiller@billerkimble.com*
*ehubbard@billerkimble.com*

MARK POTASHNICK (*Admitted Pro Hac Vice*)
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150
Facsimile: (314) 997-9170
markp@wp-attorneys.com

RICHARD M. PAUL III
PAUL LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com

*Attorneys for Plaintiffs Cory Edwards, James Hollingsworth, Matthew Garber, John Carrigan, Seth Thomas Sweeny, and Jeffrey Smith and those similarly situated*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Cory Edwards and James Hollingsworth,<br><br>*On behalf of themselves and those similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>PJ Ops Idaho, LLC, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-283<br><br>Chief Judge David C. Nye<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

Plaintiffs Cory Edwards, James Hollingsworth, Matthew Garber, John Carrigan, Seth Thomas Sweeny, and Jeffrey Smith, on behalf of themselves, the FLSA opt-in plaintiffs, and the class of delivery drivers in Idaho, Colorado, Kentucky, New York, and North Dakota hereby move for final approval of the class and collective action settlement agreement they have reached with Defendants PJ Holdings KY, LLC; PJ Ops Idaho, LLC; PJ Ops Kansas, LLC; PJ Ops Colorado, LLC; PJ Ops Louisiana, LLC; PJ Ops New York, LLC; PJ Operations, LLC; PJ West Fargo, LLC; PJ Falcon Colorado, LLC; PJ Colorado Springs Co Op, LLC; PJ Ops Minnesota, L.L.C.; PJ Acquisitions, LLC; David "Dougie" Allen; and Tom Wylie (collectively, the "Defendants"). The Defendants do not oppose this motion.

Respectfully,

*/s/ Andrew Biller*
Andrew R. Biller (*pro hac vice*)
Andrew P. Kimble (*pro hac vice*)
Emily A. Hubbard (*pro hac vice*)
BILLER & KIMBLE, LLC

8044 Montgomery Rd., Ste. 515
Cincinnati, OH 45236
Telephone: (513) 715-8711
Facsimile: (614) 340-4620
*akimble@billerkimble.com*
*abiller@billerkimble.com*
*ehubbard@billerkimble.com*
www.billerkimble.com

Mark Potashnick (*pro hac vice*)
Weinhaus & Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone: (314) 997-9150
Facsimile: (314) 997-9170
*markp@wp-attorneys.com*

Jeff Hepworth
Hepworth Law Offices
2229 W. State St. Boise, ID 83702
208-333-0702 (Phone)
208-246-8655 (Fax)
jhepworth@idalawyer.com